UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FORUM DEVELOPERS LIMITED PARTNERSHIP, a Nevada limited partnership,<br><br>               Plaintiff,<br><br>vs.<br><br>SENTRY INSURANCE, etc.,<br><br>               Defendant. | 2:10-cv-1691-PMP-RJJ<br><br>**ORDER** |

     IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on January 7, 2011, and March 4, 2011.

     IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

     1.    Shall identify the discovery that has been completed;

     2.    Shall identify the discovery that remains outstanding;

     3.    Shall identify any pending discovery motions; and,

     4.    Shall detail all attempts to settle the case.

DATED this __17th__ day of November, 2010.

 

_____
ROBERT J. JOHNSTON
United States Magistrate Judge