KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No.002798
SARIG ARMENIAN, ESQ.
Nevada Bar No. 11510
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-7705
krs@jonesvargas.com
sarmenian@jonesvargas.com
ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FORUM DEVELOPERS LIMITED PARTNERSHIP, a Nevada limited partnership,<br><br>Plaintiff,<br>vs.<br><br>SENTRY INSURANCE, a Wisconsin mutual insurance company,<br><br>Defendant. | Case No. 2:10-cv-01691-PMP-RJJ<br><br>**ORDER ON PLAINTIFF'S MOTION TO REMAND** |

      Plaintiff Forum Developers Limited Partnership's Motion to Remand (Doc. #10) came before the Court on January 10, 2011 for hearing. Defendant Sentry Insurance filed an opposition (doc. # 14), and Plaintiff filed a Reply. (Doc. #17).

      Plaintiff was represented by Sarig Armenian of the law firm Jones Vargas. Defendant was represented by Theodore J. Kurtz of the law firm Selman Breitman. Having reviewed and considered the papers submitted, oral argument presented at the hearing, and good cause appearing,

/ / /

/ / /

Page 1

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion to Remand is GRANTED.

**IT IS SO ORDERED**

DATED this __ 2nd day of February, 2011.

_____
DISTRICT JUDGE

Submitted by:

**JONES VARGAS**

By: /s/Kevin R. Stolworthy
  KEVIN R. STOLWORTHY, ESQ.
  Nevada Bar No. 002798
  SARIG ARMENIAN, ESQ.
  Nevada Bar No. 11510
  3773 Howard Hughes Parkway
  Third Floor South
  Las Vegas, Nevada 89169
  *Attorneys For Plaintiff Forum Developers Limited Partnership*